IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Sylvester J. Thomasson, | ) | |
| | ) | Civil Action No. 4:11-0686 DCN TER |
| Plaintiff, | ) | |
| | ) | |
| Joan Tapper, P.A.; Dr. Lorenzo Guevara, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before this court pursuant to plaintiff's Objection to the Magistrate Judge's Report and Recommendation which was filed on October 11, 2011. In the Magistrate Judge's Report and Recommendation, he recommends dismissing plaintiff's complaint for failure to prosecute.

On October 18, 2011, plaintiff filed a notice of change of address, and on October 20, 2011, plaintiff filed his objections to the Report and Recommendation.

**THEREFORE, IT IS ORDERED** that the case be remanded to the Magistrate Judge for further review of plaintiff's objections to the Report and Recommendation.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Appoint Counsel is **DENIED**.

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge

October 31, 2011
Charleston, South Carolina